IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01381-MSK-CBS

THE CASCADE FUND, LLP,
on behalf of itself and a class of similarly situated persons,

    Plaintiff,

v.

ABSOLUTE CAPITAL MANAGEMENT HOLDINGS LIMITED,
ABSOLUTE GENERAL PARTNER LIMITED,
FLORIAN HOMM,
SEAN EWING,
JOHN A. FLEMING,
RONALD E.TOMPKINS, and
ULLRICH ANGERSBACH,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulation Motion for Entry of Confidentiality Protective Order (*doc. no. 37)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 37-2)* is accepted by the court.

    The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**    February 9, 2009