**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**  08-cv-01381-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:**  December 9, 2009 | **Courtroom Deputy:**   Linda Kahoe |

CASCADE FUND, LLLP, THE,

      Plaintiff,

      v.

ABSOLUTE CAPITAL MANAGEMENT
HOLDINGS LIMITED, *et al.,*

ARGO GROUP LIMITED,

      Defendants.

Daniel F. Wake
George William Croner *(via phone)*

John V. McDermott

Matthew J. Smith

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:        1:33 p.m.**
Court calls case.  Appearances of counsel.  Mr. Croner via phone.

Discussion and arguments regarding Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery of Defendant Argo Group Limited, doc. #[72], filed 10/22/2009.

For the reasons as stated on the record, it is:

**ORDERED:**   Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery of Defendant Argo Group Limited, doc. #[72] is **GRANTED** consistent with the court's observations and comments from the bench.  Plaintiffs are required to re-draft their proposed discovery.  To the extent that there remains outstanding disputes about particular discovery requests, counsel shall contact chambers to set up a telephonic conference call on December 10, 2009 or December 11, 2009.

HEARING CONCLUDED.
**Court in recess**:          **2:08 p.m.**
Total time in court:     00:35

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.